UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x

G.E.I.C.O. a/s/o SANFORD ENGLEMAN,

        Plaintiff,

- against -

THE UNITED STATES OF AMERICA,

        Defendant.
---------------------------------------------------- x

**STIPULATION & ORDER OF DISMISSAL**

Civil Action No.
CV-05-642

(ROSS, J.)
(GOLD, M.J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff and the defendant, through their respective undersigned attorneys, that, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff's complaint and all claims that either were or could have been asserted based upon the facts alleged therein, be, and they hereby are, dismissed with prejudice, and without costs or attorneys fees to either party as against the other.

Dated: Carle Place, New Jersey
      June _____, 2005

Dated: Brooklyn, New York
      June 20, 2005

HARIETTE G. ZELMAN
*Attorney for Plaintiffs*
100 Jericho Quadrangle, Suite 227
Jericho, New York 11753

By:_____
HARIETTE G. ZELMAN (HG 0854)
(516) 433-0733

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
*Attorney for Defendant*
One Pierrepont Plaza
Brooklyn, New York 11201

By:_____
ZACHARY A. CUNHA (ZC 5946)
(718) 254-6094

SO ORDERED:

_____  8/8/05
HONORABLE ALLYNE R. ROSS
United States District Judge



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

---

FFA:ZAC
2005 V 00335

One Pierrepont Plaza
Brooklyn, New York 11201

Mailing Address:   147 Pierrepont Street
Brooklyn, New York 11201

August 4, 2005

**VIA HAND DELIVERY**

Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *G.E.I.C.O. a/s/o Sanford Engleman v. United States,*
           *CV- 05-642 (Ross, J.) (Gold, M.J.)*

Dear Judge Ross:

    The undersigned writes on behalf of the United States of America, defendant in the above-captioned automobile collision action, in which the parties have now reached an agreement to settle this matter. Accordingly, on behalf of all parties, we respectfully submit the enclosed Stipulation and Order of Dismissal for the Court's review and endorsement.

    We thank the Court for its time and consideration in this matter.

                                                Sincerely,

                                                ROSLYNN R. MAUSKOPF
                                                United States Attorney

                             By:    /s/
                                              Zachary A. Cunha (ZC 5946)
                                                Assistant U.S. Attorney
                                                (718) 254-6094

Encl.

cc:    Harriette G. Zelman, Esq.
        Attorney for Plaintiff-Subrogee
        100 Jericho Quadrangle, Suite 227
        Jericho, New York 11753  (Via ECF)